[No. 26987-2-II. Division Two. September 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKEY A. HANSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00765-1, James E. Warme, J., entered February 6, 2001. *Reversed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 27099-4-II. Division Two. September 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ANSON HANNA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-00028-4, Diane M. Woolard, J., entered March 1, 2001. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 28685-8-II. Division Two. September 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DUANE ZOOK, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-8-01372-1, Ronald C. Wilkinson, J. Pro Tem., entered April 3, 2002. *Reversed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 45983-0-I. Division One. September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMAL NASIR KHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04603-6, Charles W. Mertel, J., entered January 31, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Becker, C.J., and Ellington, J.